IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Case No. 4:22-CR-00044-M-1

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DEQUAN MARTRAIL BOONE,<br><br>    Defendant. | ORDER |

    This matter comes before the court sua sponte. On April 17, 2023, the court held open the determination of the amount of restitution for ninety (90) days and instructed the parties to confer regarding the same. That deferral period has since passed, and neither party has provided an update or supplemental information to the court. Accordingly, the court will hold a telephonic status conference on the issue of restitution on August 29, 2023, at 10:00am. The Clerk of the Court is directed to provide counsel with call-in instructions.

    SO ORDERED this 24th day of August, 2023.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE