IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:22-CR-00044-M

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER FOR RESTITUTION |
| ) | |
| DEQUAN MARTRAIL BOONE, ) | |
| ) | |
| Defendant. ) | |

This matter comes before the court sua sponte. On August 29, 2023, the court held a hearing with the parties on the amount of restitution owed, a subject the court held open for ninety (90) days following Defendant's sentencing hearing. At the hearing, neither party objected to entry of a restitution order in the amount of $73,739, which represents the value of damage Defendant caused by driving a truck into a business. The court further finds that this amount of restitution, $73,739, is consistent with the law and the facts of this case. Therefore, pursuant to 18 U.S.C. §§ 3664 and 3663A, the court ORDERS that Defendant shall pay $73,739 in total restitution, which shall be due and payable in full immediately.

Any agency or institution collecting this restitution shall, as with criminal debts collected through the Bureau of Prisons Inmate Financial Responsibility Program (IFRP), forward collected funds to the court for further disbursement to the victim. Any such payments sent via mail should be made payable to "Clerk, U.S. District Court" and sent to the following address:

Clerk, U.S. District Court
PO Box 25670
Raleigh, NC 27611

The Clerk shall issue an Amended Judgment consistent with this order.

SO ORDERED this 29th day of August, 2023.

*Richard E. Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE